**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| L.B.R.P.; K.T.N.; N.D.; G.J.C.B., a minor, by and through her next friend, Marcy Hilty; F.Y.C.T., a minor, by and through her next friend, Marcy Hilty; K.Y.H.A., a minor, by and through his next friend, Marcy Hilty; and JEWISH FAMILY AND COMMUNITY SERVICES OF PITTSBURGH;<br><br>Petitioners,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as Director of USCIS; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID VENTURELLA, in his official capacity as Acting Director of ICE; JOHN E. RIFE, in his official capacity as Philadelphia Field Office Director, ICE Enforcement and Removal Operations; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and DAREN K. MARGOLIN, in his official capacity as Director of EOIR;<br><br>Respondents. | CIVIL ACTION<br><br>No. 2:26-cv-05346 |

AND NOW, this 18th day of August 2026, upon consideration of Petitioners' Motion for Leave to Proceed Under Initials and to File Unredacted Versions of Documents Under Seal, and any response thereto, it is **ORDERED** that the Motion is **GRANTED** as follows:

1. Petitioners L.B.R.P., K.T.N., N.D., G.J.C.B., F.Y.C.T., and K.Y.H.A. (the "Individual Petitioners") may proceed in this action identified only by their initials in the caption and in all publicly filed documents.

2. All parties shall refer to the Individual Petitioners by initials in all publicly filed documents and shall redact from all publicly filed documents the Individual Petitioners' full names, dates of birth, alien registration numbers, residential and shelter addresses, the names of their foster families and custodial facilities, and any other information that would reasonably permit identification of an Individual Petitioner.

3. Within seven (7) days of this Order, Petitioners shall file under seal, pursuant to Local Rule of Civil Procedure 5.1.5(a)(2), a Sealed Identification Schedule setting forth the full name, date of birth, alien registration number, and country of nationality of each Individual Petitioner, and shall serve an unredacted copy on counsel for Respondents.

4. Petitioners are granted leave to file under seal unredacted versions of any pleading, exhibit, or declaration containing information identifying an Individual Petitioner, provided that a version redacted in accordance with Paragraph 2 is contemporaneously filed on the public docket.

5. Documents filed under seal pursuant to this Order shall remain under seal until further Order of the Court. See Local R. Civ. P. 5.1.5(c).

6. This Order is without prejudice to the right of any party to move to modify or vacate it upon a showing of good cause.

BY THE COURT:

/s/ Joel H. Slomsky

_____________________________, J.