IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.B.R.P., et al.,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Respondents. | CIVIL ACTION<br>NO. 26-5346 |

**ORDER**

**AND NOW**, this 2nd day of November 2026, upon consideration of Petitioners' Unopposed Motion for Leave for Newly Added Petitioners to Proceed Under Initials and to File Unredacted Versions of Documents Under Seal (Doc. No. 20), it is **ORDERED** as follows:

1. Petitioners' Motion (Doc. No. 20) is **GRANTED**. Petitioners C.C., B.S., B.M.M., and A.D.H.G. may proceed in this action identified only by their initials in the caption in all publicly filed documents.
2. All parties shall refer to the New Individual Petitioners by initials in all publicly filed documents and shall redact from all publicly filed documents the New Individual Petitioners' full names, dates of birth, alien registration numbers, residential and shelter addresses, the names of their foster families and custodial facilities, and any other information that would reasonably permit identification of a New Individual Petitioner.
3. Within seven (7) days of this Order, Petitioners shall file under seal, pursuant to Local Rule of Civil Procedure 5.1.5(a)(2), a supplement to the Sealed Identification

Schedule setting forth the full name, date of birth, alien registration number, and country of nationality of each New Individual Petitioner, and shall serve an unredacted copy on counsel for Respondents.

4. Petitioners may file under seal unredacted versions of any pleading, exhibit, or declaration containing information identifying a New Individual Petitioner.

5. The Court's Order of August 18, 2026 (Doc. No. 4) is extended to the New Individual Petitioners and apply to them as to the Individual Petitioners.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.