IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.B.R.P., et al.,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Respondents. | CIVIL ACTION<br>NO. 26-5346 |

**ORDER**

**AND NOW**, this 3rd day of November 2026, upon consideration of Petitioners' Amended Complaint (Doc. No. 19), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Petitioners' Amended Complaint (Doc. No. 19) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.